| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>PRATT, ROBERT W | 2. Court or Organization<br><br>US DISTRICT COURT - SO IOWA | 3. Date of Report<br><br>5/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE-ACTIVE | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br>123 E. WALNUT STREET<br>DES MOINES, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   RECEIVED MAY 19 12 05 PM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | STATE OF IOWA - WAGES |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANKERS TRUST COMPANY | A | Interest | J | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. ACTIVE ASSETS MONEY TRUST | A | Interest | L | T | | | | | |
| 4. FED HOME LN BANK 5.770% | B | Interest | K | T | | | | | |
| 5. IOWA FIN AUTH IOWA UNDERGROUND STORAGE REV TANK FD-A | B | Interest | K | T | | | | | |
| 6. DES MOINES IA AREA CMNTY CLGE NEW JOBS TRAING | B | Interest | | | REDEMPTION | 6/2 | L | A | |
| 7. IOWA FIN AUTH IOWA UNDER GROUND STORAGE TANK FD REV | A | Interest | J | T | | | | | |
| 8. DES MOINES IA AREA CMNTY CLG | B | Interest | L | T | | | | | |
| 9. FARGO ND SCH DIST BLDG AUTH REV 1ST MTG | A | Interest | | | REDEMPTION | 8/1 | K | A | |
| 10. IOWA HIGHER ED LN AUTH REV PVT CLG FAC CENTER | C | Interest | M | T | | | | | |
| 11. IOWA ST BRD REGENTS AUD REV ST UNIV OF IOWA | B | Interest | K | T | | | | | |
| 12. INDIANA ST HSG FIN AUTH SINGLE FAMILY MTG REV | A | Interest | J | T | PARTIAL SALE | 12/2 | J | | |
| 13. KIRKWOOD CMNTY CLG IA NEW JOBS TRAINING CTFS | B | Interest | K | T | | | | | |
| 14. MARSHALLTOWN IA SWR REV SER A BK QUAL | B | Interest | L | T | | | | | |
| 15. MAUI CNTY HAWAII GENERAL OBLIGATION RFDG | A | Interest | J | T | | | | | |
| 16. OKLAHOMA CO OK INDPT SCH DIST - 89 OK CITY COMB | B | Interest | | | REDEMPTION | 2/3 | K | | |
| 17. PUERTO RICO ELEC PWR AUTH PWR REV SER 0 BOOK | A | Interest | | | REDEMPTION | 7/1 | J | | |
| 18. PORT EVERETT WA REV REF SER B 4.30% | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ROSEMOUNT MN PORT AUTH RFDG MU N BLDG SER A | C | Interest | L | T | | | | | |
| 20. STATE UNIV IA UNIV REVS DORM ST BRD REGENTS | A | Interest | | | REDEMPTION | 7/1 | J | A | |
| 21. NEW HAMPSHIRE ST HSG FIN AU SINGLE FAM REV MTG ACQ | A | Interest | | | REDEMPTION | 7/1 | K | | |
| 22. OMAHA PUB PWR DIST NEB ELEC REV SER E BE OID | A | Interest | K | T | | | | | |
| 23. ARKANSAS ST DEV FIN AUTH SNGL FAM MTG SER E GNMA FNMA | B | Interest | K | T | PARTIAL SALE | 6/3 | J | | |
| 24. ARKANSAS ST DEV FIN AUTH SNGL FAM MTG SER E | | | | | PARTIAL SALE | 12/2 | J | | |
| 25. NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER D | B | Interest | K | T | PARTIAL SALE | 8/5 | J | | |
| 26. KANSAS ST DEPT TRANSN HWY REV SER-A | B | Interest | K | T | | | | | |
| 27. IOWA ST UNIV SCIENCE TECHNOLOGY REV REF UTIL | B | Interest | K | T | | | | | |
| 28. MOHAVE CNTY AZ INDL DEV AUTH I/D/R CTZNS UTIL CO ID | B | Interest | K | T | | | | | |
| 29. FED HOME LN BNK - 5.4% | B | Interest | K | T | | | | | |
| 30. URBANDALE IA GENERAL OBLIGATION 4875 | A | Interest | K | T | | | | | |
| 31. BELOIT WIS SWR SYS REV 4700 | A | Interest | K | T | | | | | |
| 32. WEATHERFORD TEX UTIL SYS 3800 | A | Interest | K | T | | | | | |
| 33. MASS ST HSG FIN AGY SINGLE FAMILY 4750 | A | Interest | J | T | PARTIAL SALE | 5/2 | J | | |
| 34. ALBUQUERQUE NM JT WTR & SWR 4750 | A | Interest | J | T | | | | | |
| 35. MAINE ST HSG AUTH PRU SER-A 5200 | B | Interest | K | T | | | | | |
| 36. BOULDER VALLEY COLO SCHOOL DISTRICT RE2 4000 | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MADISON COUNTY MISS SCHOOL DISTRICT 4900 | A | Interest | J | T | | | | | |
| 38. SOUTH CAROLINA ST PUB SVC 4875 | A | Interest | | | REDEMPTION | 1/2 | J | A | |
| 39. WICHITA KANSAS GENERAL OBLIGATION 4800 | A | Interest | J | T | | | | | |
| 40. NORTH DAKOTA ST HSG FIN AGY MTG 5250 | B | Interest | K | T | PARTIAL SALE | 9/4 | J | | |
| 41. SNOHOMISH & ISLAND COUNTY WA SCHOOL DISTRICT-401 4100 | A | Interest | K | T | | | | | |
| 42. NEW ORLEANS LA HOME MTG FIN AUTH 5200 | A | Interest | K | T | | | | | |
| 43. IOWA ST SPECIAL FUND VISION 3100 | B | Interest | L | T | | | | | |
| 44. YSLETA TX INDPT SCH DIST PUB FAC CORP LEASE REV 4000 | A | Interest | K | T | | | | | |
| 45. RAMSEY & WASHINGTON CNTYS MN RES REC REF NORTHER ST 4100 | A | Interest | K | T | | | | | |
| 46. IOWA STATE SPECIAL FUND VISION 3350 | B | Interest | L | T | | | | | |
| 47. STATE UNIV IOWA REVS CLGE SVGS PRGM ZERO COUPON | | | K | T | | | | | |
| 48. BRAZOS RIVER AUTH TX PCR REF TX ELEC SER A 4950 | B | Interest | K | T | | | | | |
| 49. COMPUTER ASSOCIATES INTL SR NOTE 6250 | B | Interest | | | REDEMPTION | 4/15 | K | A | |
| 50. FORD MOTOR CREDIT NTS 6250 | B | Interest | K | T | | | | | |
| 51. GENERAL MOTORS ACCEPT CORP 5625 | C | Interest | L | T | | | | | |
| 52. GREENWOOD TRUST CO NEW CASTLE DE 7000 | D | Interest | L | T | | | | | |
| 53. DISCOVER BANK CD 6000 | C | Interest | L | T | | | | | |
| 54. OREGON ST ELDERLY & DISABLED HSG SER-A 2.750% | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. ALASKA HSG FIN CORP HSG DEV SER-B 3.550% | A | Interest | K | T | | | | | |
| 56. COOK CO IL FST PRESV DIST REF SER-A 3.625% | A | Interest | K | T | | | | | |
| 57. WINONA CNTY MINN CAP IMPT PLAN SER-A 3.600% | A | Interest | K | T | | | | | |
| 58. WICHITA KS GENL OBLIG SER 769 UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 59. WITCHITA KS GENL OBLIG SER 769 UNLTD TAX 3.600% | A | Interest | K | T | | | | | |
| 60. SIOUX CITY IOWA GEN OBLIG UNLTD TAX 3.500% | B | Interest | L | T | | | | | |
| 61. WEST DES MOINES IOWA GEN OBLIG SER-C 3.600% | A | Interest | J | T | | | | | |
| 62. CONNECTICUT ST HLTH EDL FACS AUTH UIV HARTFORD SER-E 4.000 | A | Interest | K | T | | | | | |
| 63. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 64. OMAHA NE ARPT AUTH ARPT REV REF-FACS 4.000% | A | Interest | J | T | | | | | |
| 65. ADDISON TX GENL OBLIG REF UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 66. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 67. GLENCOE ILL GENL OBLIG BK QUAL UNLTD TAX 4.100% | B | Interest | K | T | | | | | |
| 68. BLOOMINGTON IL GEN OBLIG REF BK QUAL 4.000% | A | Interest | K | T | | | | | |
| 69. WASHINGTON CNTY WISC GENL OBLIG PROM NTS 4.000% | A | Interest | K | T | | | | | |
| 70. WEST CHESTER PA AREA SCH DIST 4.000% | A | Interest | K | T | | | | | |
| 71. WAUKEE IOWA CMNTY SCH DIST REF SER-B 3.300% | A | Interest | K | T | | | | | |
| 72. BOYDEN HULL IOWA CMNTY SCH DIST 4.300% | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. ARIZONA ST TRANSN BRD HWY REV REF SER-A 4.000% | A | Interest | K | T | | | | | |
| 74. PALM BEACH CNTY FL SCH BRD CTFS PARTN REV SER-A 4.000% | A | Interest | K | T | | | | | |
| 75. OREGON ST DEPT ADMIN SVCS SALEM OREGON SER-C 4.000% | A | Interest | K | T | | | | | |
| 76. AUSTIN TX ELEC UTIL SYS REV 4.000% | A | Interest | K | T | | | | | |
| 77. UNIV NORTHN IA STUDENT UNION SER UNI 4.800% | B | Interest | K | T | | | | | |
| 78. CAPITAL ONE BANK GLEN ALLEN VA CD 5.000% | C | Interest | M | T | | | | | |
| 79. FED HOME LN BK 4.875% | B | Interest | | | REDEMPTION | 4/24 | K | A | |
| 80. GEN GROWTH PPTYS 7.2500% CV | A | Dividend | | | REDEMPTION | 7/11 | K | D | |
| 81. W.DES MOINES GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 82. SHAKOPEE IMPT BE 4.000% | A | Interest | K | T | | | | | |
| 83. SCHILLER GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 84. SCHILLER GO-C BE 4.000% | B | Interest | L | T | | | | | |
| 85. FHLB 4.000% | B | Interest | | | REDEMPTION | 1/27 | K | | |
| 86. IA ST UNIV SCI & TECH 3300 | A | Interest | K | T | BUY | 1/17 | K | | |
| 87. FLA HSG FIN CORP SER F 3400 | A | Interest | K | T | BUY | 3/11 | K | | |
| 88. IA ST UNIV SCI & TECH 3500 | C | Interest | L | T | BUY | 3/13 | L | | |
| 89. GMAC 5250 | B | Interest | K | T | BUY | 4/1 | K | | |
| 90. PR HWYS TRANS 3400 | A | Interest | K | T | BUY | 4/14 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. DES MOINES STORM 4200 | B | Interest | L | T | BUY | 3/25 | L | | |
| 92. LITTLE ELM TEX ISD | | | J | T | BUY | 7/8 | J | | |
| 93. ILL ST CLG SVGS ZERO | | | J | T | BUY | 7/8 | J | | |
| 94. NYC GO SER-A 3000 | B | Interest | K | T | BUY | 7/8 | K | | |
| 95. GMAC 3250 | B | Interest | K | T | BUY | 7/10 | K | | |
| 96. CAPITAL JUMBO CD 2750 | C | Interest | L | T | BUY | 7/8 | L | | |
| 97. MADISON WISC SWR-A 3125 | B | Interest | K | T | BUY | 7/31 | K | | |
| 98. ALTOONA IA GO 3250 | A | Interest | K | T | BUY | 11/4 | K | | |
| 99. WESTERN DUBUQUE CO SD 3200 | A | Interest | K | T | BUY | 11/5 | K | | |
| 100. MORGAN STANLEY DEAN WITTER #2: | | | | | | | | | |
| 101. MSDW LIQUID ASSET FUND | A | Interest | | | REDEMP TION | 12/18 | K | | |
| 102. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 103. MSDW LIQUID ASSET FUND | B | Interest | N | T | | | | | |
| 104. MCI CAP I QUP 8000 | A | Interest | J | T | | | | | |
| 105. TCW/DW TERM TRUST 2003 | B | Dividend | | | SOLD | 12/15 | K | B | |
| 106. INTL PPR 7.875% | A | Interest | J | T | | | | | |
| 107. SEAGRAM CO LIMITED NOTE | A | Interest | | | SOLD | 4/1 | J | A | |
| 108. ARKANSAS POWER & LIGHT CO. | A | Interest | | | SOLD | 9/5 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. AT&T CAP QUIBS | A | Interest | | | SOLD | 12/15 | J | A | |
| 110. TRANSCDA PL 8.2500% | B | Interest | J | T | | | | | |
| 111. HOUSEHOLD FINANCE CORP 6.0% | A | Interest | K | T | | | | | |
| 112. HILTON HOTELS CORP NOTE 7.00% | A | Interest | J | T | | | | | |
| 113. RYDER SYSTEM INC NOTE SER O | A | Interest | J | T | | | | | |
| 114. OCC PETE TOPRS 8160 | B | Interest | J | T | | | | | |
| 115. TRW INC NOTES 6625 | A | Interest | J | T | | | | | |
| 116. MISSOURI PACIFIC RR SER CE DEBENTURE 4250 | A | Interest | K | T | | | | | |
| 117. SIMON DEBARTOLO GROUP CO GUARANTEE 6875 | A | Interest | J | T | | | | | |
| 118. OCC PETROLEUM 7650 | A | Interest | J | T | | | | | |
| 119. NEW ORLEANS PUB SER 8000 | A | Interest | | | REDEMPTION | 9/2 | J | | |
| 120. AT&T CORP 6.000% | B | Interest | K | T | | | | | |
| 121. AT&T CORP 8.125% | A | Interest | | | REDEMPTION | 9/15 | J | A | |
| 122. AT&T CORP 8.125% | | | | | REDEMPTION | 9/15 | K | A | |
| 123. FORD MOTOR CREDIT 5100 | A | Interest | J | T | | | | | |
| 124. HOUSEHOLD FINANCE 5750 | A | Interest | J | T | | | | | |
| 125. NEW ENG TEL TELEG 4.625% | A | Interest | | | REDEMPTION | 3/6 | J | A | |
| 126. FORD MOTOR CREDIT 6300 | B | Interest | K | T | BUY | 1/29 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. AMERICAN ELECTRIC POWER 6125 | B | Interest | K | T | BUY | 1/29 | K | | |
| 128. SEARS ROEBUCK 6200 | A | Interest | | | BUY | 1/29 | K | | |
| 129. SEARS ROEBUCK 6200 | | | | | SOLD | 11/17 | K | B | |
| 130. GMAC 4400 | B | Interest | K | T | BUY | 4/1 | K | | |
| 131. GMAC 5250 | B | Interest | K | T | BUY | 4/1 | K | | |
| 132. SEARS ROEBUCK 4800 | | | | | BUY | 4/1 | K | | |
| 133. SEARS ROEBUCK 4800 | | | | | SOLD | 11/17 | K | A | |
| 134. GMAC 4900 | B | Interest | L | T | BUY | 7/10 | L | | |
| 135. FHLMC MTN 5000 | B | Interest | K | T | BUY | 8/14 | K | | |
| 136. FNMA 4500 | B | Interest | K | T | BUY | 8/25 | K | | |
| 137. FHLMC MTN 4000 | A | Interest | L | T | BUY | 9/4 | L | | |
| 138. FHLMC MTN 5000 | A | Interest | K | T | BUY | 9/3 | K | | |
| 139. FNMA 4500 | B | Interest | K | T | BUY | 8/25 | K | | |
| 140. FNMA 5000 | A | Interest | J | T | BUY | 9/17 | K | | |
| 141. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 142. ALLIANCE QUASAR FUND | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRATT, ROBERT W | 5/4/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date  5-13-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544